UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL JEROME HARVEY, | Case No. 24-CV-1173 (PJS/DJF) |
| Plaintiff, | |
| v. | ORDER |
| U.S. BANK, NATIONAL ASSOCIATION; GINNIE MAE; CITIBANK, NATIONAL ASSOCIATION (TRUSTEE); and BANK OF NEW YORK MELLON TRANSFERRING AGENT, | |
| Defendants. | |

Michael Harvey, pro se.

Kevin T. Dobie, LIEBO, WEINGARDEN, DOBIE & BARBEE, PLLP, for defendant U.S. Bank, and Adam J. Hoskins, UNITED STATES ATTORNEY'S OFFICE, for defendant Ginnie Mae.

Plaintiff Michael Harvey filed this pro se lawsuit attempting to stop the foreclosure of his home. The matter is before the Court on Harvey's objection to the September 30, 2024, Reports and Recommendations ("R&Rs") of Magistrate Judge Dulce J. Foster. Judge Foster recommends dismissing Harvey's claims against all defendants. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Plaintiff's objection [ECF No. 54] is OVERRULED.

2. The Reports and Recommendations [ECF Nos. 50, 52] are ADOPTED.

3. The claims against Citibank and Bank of New York Mellon are DISMISSED WITHOUT PREJUDICE.

4. U.S. Bank's motion to dismiss [ECF No. 21] is GRANTED and the claims against U.S. Bank are DISMISSED WITH PREJUDICE.

5. Ginnie Mae's motion to dismiss [ECF No. 29] is GRANTED and the claims against Ginnie Mae are DISMISSED WITHOUT PREJUDICE.

6. Plaintiff's motions for declaratory judgment and for default judgment [ECF No. 42] are DENIED.

7. Plaintiff's motion for injunctive relief [ECF No. 53] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  November 12, 2024            s/Patrick J. Schiltz
                                     Patrick J. Schiltz, Chief Judge
                                     United States District Court